IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VAN LE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-15-1002-M |
| ) | |
| DEBBIE ALDRIDGE, Warden, ) | |
| ) | |
| Respondent. ) | |

### ORDER

On April 5, 2017, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied. The parties were advised of their right to object to the Report and Recommendation by April 17, 2017. After receiving an extension of time, petitioner filed her objection on May 17, 2017.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on April 5, 2017;

(2) DENIES petitioner's Petition for Writ of Habeas Corpus, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 26th day of May, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE